COLEMAN, JUSTICE, SPECIALLY CONCURRING:
 

 ¶ 170. I concur with the reasoning and holding of the majority. I write separately to reiterate my position that, although our cases continue to refer to it as a procedural bar, the Legislature created substantive law when it enacted the three-year statute of limitations applicable to claims for post-conviction relief.
 
 Miss. Code Ann. § 99-39-5
 
 (2) (Rev. 2015). Treating substantive law as procedural lessens the impetus upon the Court to enforce it, violates basic law of separation of powers, and contradicts prior precedent.
 
 See
 

 Williams v. State
 
 ,
 
 222 So.3d 265
 
 , 268-271 (¶¶ 8-15) (Miss. 2017) (Coleman, J., concurring). As I wrote in
 
 Williams
 
 , the Court should correct its mischaracterization of statutory bars as procedural ones.
 

 RANDOLPH, P.J., MAXWELL, BEAM, CHAMBERLIN AND ISHEE, JJ., JOIN THIS OPINION.